IN THE SUPREME COURT OF TEXAS

 No. 08-0524

 IN RE DEPARTMENT OF FAMILY & PROTECTIVE SERVICES

 On Petition for Writ of Mandamus

ORDERED:

 1. Relator's emergency motion for stay, filed July 2, 2008, is
granted. The order dated June 30, 2008, in Cause No. 01-08-00348-CV,
styled In re Kristal Timish Walker a/k/a Kristal Timisha Walker, in the
First Court of Appeals is stayed pending further order of this Court.
 2. The real party in interest is requested to respond to relator's
petition for writ of mandamus on or before July 10, 2008.
 3. The petition for writ of mandamus remains pending before this
Court.

 Done at the City of Austin, this July 03, 2008.
 [pic]
 Blake A. Hawthorne, Clerk
 Supreme Court of Texas

 By Claudia Jenks, Chief Deputy Clerk